USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

FOCUS USA, INC.,

                    Plaintiff,

         -against-

SENTINEL INSURANCE COMPANY. LTD.,

                  Defendant.

------------------------------------------------------------------X

**21-CV-3948 (ALC) (KHP)**

**ORDER RESCHEDULING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for Monday,

August 2, 2021 at 10:15 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street,

New York, New York is hereby rescheduled to **Monday, August 23, 2021 at 10:15 a.m.  Counsel**

**and parties are required to follow the Court's COVID-safety protocols and should review the**

**Court's website in advance of the conference for the most up to date information.**

         **SO ORDERED.**

DATED:      New York, New York
          July 1, 2021

                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge