USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FOCUS USA, INC.,

                       Plaintiff,

       -against-

SENTINEL INSURANCE COMPANY. LTD.,

                       Defendant.

-----------------------------------------------------------------X

21-CV-3948 (ALC) (KHP)

**ORDER RESCHEDULING AND CONVERTING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Initial Case Management Conference in this matter scheduled for Monday, August 23, 2021, at 10:15 a.m. is hereby **converted to a telephonic conference** and rescheduled to **Monday August 23, 2021, at 10:30 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:     New York, New York
                August 11, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge