USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FOCUS USA, INC.,

                       Plaintiff,                                 **21-CV-3948 (ALC) (KHP)**

          -against-                                **ORDER SCHEDULING SETTLEMENT
CONFERENCE**

SENTINEL INSURANCE COMPANY. LTD.,

                       Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A settlement conference in this matter is scheduled for **Monday, November 8, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 1, 2021 by 5:00 p.m.**

         SO ORDERED.

DATED:     New York, New York
               August 23, 2021

                                                                              _____
                                                                            KATHARINE H. PARKER
                                                                            United States Magistrate Judge