```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 10, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Focus USA, Inc.,** | |
| **Plaintiff,** | |
| v. | 1:21-cv-3948-ALC-KHP |
| **Sentinel Insurance Company, Ltd.,** | **ORDER OF DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

**Dated:** Nov. 10, 2021
New York, New York

_/s/ Andrew L. Carter_
**ANDREW L. CARTER, JR.**
**United States District Judge**